OWEN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
DAN BASSICHUS, MARTIN BAUMRIND,
JERRY Y. CARNEGIE, MARK CONGRESS,         05 CV 4398 (RO)
CHRISTINE DRAGO, LOU DRAGO, ANDREW
GOLDSTEIN, BERNARD JACOBS, ARNOLD         **STIPULATION OF**
LICHT, STUART LOW, MAHMOUD S. OKASHA      **DISMISSAL**
JOHN PRUFETA, CURTIS W. STEWART,          **WITH PREJUDICE**
JEFFREY WEISBERG, JOSEPH WEISSBERG,
H. JAY WISNICKI, ANN WYLIE and JOHN WYLIE,

                    Plaintiffs,

      - against -

SIGHT 4 KIDS, INC., a Florida corporation,
MEDICAL TECHNOLOGY INDUSTRIES, INC., a
Florida corporation, MEDICAL TECHNOLOGY
AND INNOVATIONS, INC., a Florida corporation,
JEREMY P. FEAKINS, JAMES HOWSON,
DENNIS A. SUROVCIK,

                    Defendants.
--------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that this action is hereby dismissed with prejudice with each party to bear its own costs and expenses of suit.

Dated: July 5, 2006
      New York, New York

                              HOLLAND & KNIGHT LLP

                              By: _/s/ Mitchell J. Geller_
                                  Mitchell J. Geller (MG-4160)

                              Attorneys for Defendants
                              195 Broadway
                              New York, New York 10007
                              (212) 513-3483
                              (212) 385-9010 (Facsimile)
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/06

ARTHUR P. FISCH, P.C.

By: _____
Arthur P. Fisch (AF-4546)

Attorneys for Plaintiffs
25 Joralemon Street
Brooklyn, New York 11201
(212) 349-6700
(718) 852-2509 (Facsimile)

**SO ORDERED:** July 11, 2006

_____
U.S.D.J.

# 3832834_v1